IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| RE'NAUL M. JOHNSON, | ) | |
| a.k.a. ARIEL A. ADLA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:04-CV-413-WKW |
| | ) | (WO) |
| LAMAR GLOVER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On March 27, 2006, the Magistrate Judge filed a Recommendation (Doc. # 37) that the petition for habeas corpus relief filed by Re'Naul M. Johnson is due to be dismissed as moot. No objections were filed.

After an independent and de novo review of the record, it is the ORDER, JUDGMENT and DECREE of the Court that:

1. The Recommendation (Doc. # 37) of the Magistrate Judge is ADOPTED.

2. The Petition for Writ of Habeas Corpus (Doc. # 1) is DENIED as MOOT.

3. This action is DISMISSED with prejudice.

An appropriate judgment will be entered.

DONE this the 18th day of April, 2006.

                                          /s/   W.  Keith Watkins
                                      UNITED STATES DISTRICT JUDGE

Case 1:04-cv-00413-WKW-DRB   Document 39   Filed 04/18/06   Page 2 of 2