IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON, a.k.a. ARIEL A. ADLA, ) ) ) | |
| Petitioner, ) ) | |
| v. ) ) | CASE NO. 1:04-CV-413-WKW (WO) |
| LAMAR GLOVER, et al., ) ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the Court, it is the ORDER, JUDGMENT, and DECREE of the Court that this action is DISMISSED with prejudice. Each party is to bear its own costs.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this the 18th of April, 2006.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE