IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| RE'NAUL M. JOHNSON,<br>a.k.a. ARIEL A. ADLA,<br><br>    Petitioner,<br><br>v.<br><br>LAMAR GLOVER, et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)    CASE NO. 1:04-CV-413-WKW<br>)    (WO)<br>)<br>)<br>) |

**<u>ORDER</u>**

This case is before the Court on Petitioner Johnson's Motion to be Relieved of Final Judgment (Doc. # 41). By an Order entered on April 18, 2006 (Doc. # 39) the Court adopted the Magistrate Judge's Recommendation, denied the petition for writ of habeas corpus, dismissed the action, and entered a final judgment (Doc. # 40). In the Order, the Court mistakenly noted that Mr. Johnson had not filed objections to the Recommendation. The basis for Mr. Johnson's instant motion is that he, in fact, filed objections to the Recommendation.

The Court has considered Mr. Johnson's objections (Doc. # 38). In objecting to the Recommendation, Mr. Johnson admits that the issue is moot with respect to his primary request for a pretrial reduction of bail but argues that his request for declaratory relief is not moot. However, as explained in the Recommendation, his claim is no longer alive with respect to any relief. *See Murphy v. Hunt*, 455 U.S. 478, 481-82 (1982). Accordingly, the objections are without merit. It is ORDERED that the objections (Doc. # 38) are OVERRULED and this motion (Doc. # 41) is DENIED.

DONE this the 14th day of June, 2006.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE